UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:04CV-144-R

SANDRA ANN WINTERS                                                                PLAINTIFF

v.

CRITTENDEN COUNTY BOARD OF EDUCATION                              DEFENDANT

## OPINION AND ORDER

Plaintiff Sandra Ann Winters ("Winters") has filed a motion seeking to amend her complaint (Dkt. # 31). Defendant Crittenden County Board of Education ("Board") responded (Dkt. # 33), and this matter is now ripe for decision. For the reasons given below, Plaintiff's motion to amend is **DENIED**.

As discussed in the Court's Memorandum Opinion granting Defendant's Motion for Summary Judgment, Plaintiff's federal claims under the ADA and ADEA do not meet the standards required to proceed. Since they have been dismissed by separate order, jurisdiction in this court over any state law claim would be only supplemental, pursuant to 28 U.S.C. § 1367. Subsection (c) of that statute provides that the Court "may decline to exercise supplemental jurisdiction over a claim [over which it has supplemental jurisdiction] if ... the district court has dismissed all claims over which it has original jurisdiction." Balancing "the interests of judicial economy and the avoidance of multiplicity of litigation ... against needlessly deciding state law issues," the Court finds that a decision to retain jurisdiction over the state law claims would be improper in this case. *Hankins v. The Gap, Inc.*, 84 F.3d 797, 802-3 (6th Cir. 1996) (quoting *Landefeld v. Marion Gen. Hosp., Inc.*, 994 F.2d 1178, 1182 (6th Cir. 1993)) (internal quotation marks omitted). Therefore, Plaintiff's Motion to Amend should be and is hereby **DENIED.**
**IT IS SO ORDERED.**